# UNITED STATES DISTRICT COURT
### for the

### District of South Carolina

| | |
|---|---|
| Edgar Leron Thomas | ) |
| *Plaintiff* | ) |
| v. | ) |
| Hale Barri, Marvel Comits, Ofc Douglas Wesley III | ) |
| *Defendant* | ) |

Civil Action No.    8:10-cv-00431-MBS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)*     recover from the defendant *(name)*     the amount of     dollars ($     ), which includes prejudgment interest at the rate of     %, plus postjudgment interest at the rate of     %, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* recover costs from the plaintiff *(name)*
.

■  other:   Plaintiff's complaint is summarily dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

❏  tried by a jury with Judge     presiding, and the jury has rendered a verdict.

❏  tried by Judge     without a jury and the above decision was reached.

■  decided by Judge     Margaret B. Seymour on the record.     on a motion for

Date:    May 18, 2010               *CLERK OF COURT*

                                    s/Nora Chandler, Deputy Clerk
                                    *Signature of Clerk or Deputy Clerk*